IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON MORRALL, | * |
| Plaintiff, | * |
| v. | Case No.   5:24-cv-00170-TES-MSH |
| | * |
| District Attorney ANITA HOWARD; Assistant District Attorney SANDRA MATSON, | * |
| Defendants. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 20th day of June, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk